IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LEONARDO DEL ROSARIO and EVELYN
WEST, Individually and on behalf of a
Class of all others similarly situated,

and

WARDINE F. TAYLOR, JOHN A.
PARKER, and EVELYN G. NAZZRIE,
individually and on behalf of a class of
all others similarly situated,

    Plaintiffs,

vs.

KING & PRINCE SEAFOOD
CORPORATION EMPLOYEE STOCK
OWNERSHIP PLAN; GUY STILL;
ROBERT P. BRUBAKER; DENNIS J.
SULLIVAN, and JOHN L. WILLIAMS,

    Defendants.

CIVIL ACTION NO.: CV204-036

(Consolidated with CV205-044)

## ORDER

    The initial Scheduling Order and Order and Notice of Pretrial Proceedings were entered in this case on June 30, 2004. At that time, the case was assigned to the Honorable Anthony A. Alaimo. It is the practice of Judge Alaimo to assign a date on which the Consolidated Pretrial Order is to be filed in the Scheduling Order. By Order dated December 4, 2004, the case was re-assigned to the Honorable Dudley H. Bowen, Jr. for plenary adjudication. It is the practice of Judge Bowen to direct the filing of the Consolidated Pretrial

Order by separate Order. Accordingly, the portions of the June 30, 2004 Scheduling Order and Notice of Pretrial Proceedings setting forth the date the Consolidated Pretrial Order is to be filed, as well as that portion of any subsequent order extending deadlines, are hereby **vacated.**

    **SO ORDERED**, this 30th day of May, 2006.

                                JAMES E. GRAHAM
                                UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)