IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LEONARDO DEL ROSARIO and EVELYN WEST, Individually and on behalf of a Class of all others similarly situated,<br><br>and<br><br>WARDINE F. TAYLOR, JOHN A. PARKER, and EVELYN G. NAZZRIE, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KING & PRINCE SEAFOOD CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN; GUY STILL; ROBERT P. BRUBAKER; DENNIS J. SULLIVAN, and JOHN L. WILLIAMS,<br><br>Defendants. | CIVIL ACTION NO.: CV204-036<br><br>(Consolidated with CV205-044) |

## ORDER

Plaintiffs filed an Objection and Motion to Strike the Affidavits of Dennis J. Sullivan and Michael D. Ross which were submitted with Defendants' reply brief. The Defendants have responded stating that the affidavits were submitted in response to "new arguments and factual assertions" raised for the first time in Plaintiffs' response to Defendants' Motion for Summary Judgment. After review, Plaintiffs' Objection is **overruled** and their Motion to Strike is **DENIED**.

SO ORDERED, this 16th day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)