IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2010 SEP -8 A 9 20
CLERK B McCarthy

LEONARDO DEL ROSARIO and EVELYN
WEST, Individually and on
Behalf of a Class of all Others
Similarly Situated,

    Plaintiffs,

and

WARDINE F. TAYLOR, JOHN A.
PARKER and EVELYN G. NAZZRIE,
Individually,

    Plaintiffs,

v.

KING & PRINCE SEAFOOD CORPORATION,
KING & PRINCE SEAFOOD CORPORATION
EMPLOYEE STOCK OWNERSHIP PLAN,
ROBERT P. BRUBAKER, DENNIS J.
SULLIVAN, and JOHN L. WILLIAMS,

    Defendants.

CV 204-036
(Consolidated with
CV 205-044)

## O R D E R

On December 8, 2009, this Court entered judgment in favor of Plaintiffs on their claim for statutory penalties in the total amount of $84,700. (See Doc. Nos. 351-53.) The issue of attorney's fees and costs was unresolved at that time and required further briefing. On July 15, 2010, this Court granted in part Plaintiffs' motion for attorney's fees and

DHB (34)      CCC: _____

awarded certain costs. The case is now before the Eleventh Circuit Court of Appeals on Plaintiffs' appeal and Defendants' cross-appeal.

There being no other issues to be resolved by this Court, and since the case is on appeal, the Clerk is directed to **CLOSE** this case (and the consolidated case - CV 205-044).

**ORDER ENTERED** at Augusta, Georgia, this 8th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE