AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEONARD DEL ROSARIO and
EVELYN WEST, Individually and on
Behalf of a Class of all Others
Similarly Situated

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-36

KING & PRINCE SEAFOOD
CORPORATION, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 4th day of June 2012, judgment is hereby entered approving the Final Settlement. Plaintiffs' counsel are hereby awarded attorneys' fees in the amount of NINE HUNDRED FORTY-SIX THOUSAND, THREE HUNDRED THIRTY-THREE DOLLARS AND THIRTY-THREE CENTS ($946, 333.33), and expenses in the amount of THIRTY-SIX THOUSAND DOLLARS AND ZERO CENTS ($36,000.00). All counts asserted in this case are dismissed with prejudice. This case stands closed.



June 5, 2012
*Date*

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03